IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
|  | CIVIL ACTION NO. |
| PARKER | 02-1557 |
| PEMBERTON | 02-1653 |
| WOLFRAM | 02-1689 |
| AMBROSE | 02-1969 |
| REAGAN | 02-2196 |
| ALEXANDER | 02-2280 |
| UPSHAW | 02-2328 |
| BRYSON | 02-2371 |
| PERRY | 02-2484 |
| WOOLFOLK | 02-2543 |
| BRAKE | 02-3046 |
| SANCHEZ | 02-3084 |
| DAUGHTERY | 02-3127 |
| ALEXANDER, *et al.* | 02-3240 |
| VS. |  |
| BAYER CORPORATION, *et al.* |  |

# **O R D E R**

**AND NOW,** this _____ day of May, 2002, the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

[   ]   -   Order staying these proceedings pending disposition of a related action.

[   ]   -   Order staying these proceedings pending determination of arbitration proceedings.

[   ]   -   Interlocutory appeal filed.

[ X ]   -   Other: <u>Case is placed into suspense pending receipt of the C.T.O. from the Judicial Panel on Multi District Litigation.</u>

It is

**ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

**FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

**BY THE COURT:**

_____
**James T. Giles, Chief Judge**